## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mary Paul,                                    :
                 Petitioner       :
                                     :
              v.                 :          No. 460 C.D. 2019
                                     :
Pennsylvania Public Utility       :
Commission,                               :
                Respondent      :

**PER CURIAM**                  **O R D E R**

NOW, September 18, 2023, upon consideration of Petitioner's application for reconsideration, and Intervenor PECO Energy Company's answer in response thereto, the application is DENIED.